UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES GLASGOW,

    Plaintiff,

v.                                                    Case No. 8:23-cv-2321-KKM-CPT

GRASS VALLEY USA, LLC, GRASS
VALLEY CANADA ULC, and
BLACK DRAGON CAPITAL, LLC,

    Defendants.
_____/

## **O R D E R**

Before the Court is the parties' joint motion for the entry of an order pursuant to Federal Rule of Evidence 502(d). (Doc. 28). By way of their motion, the parties request that the Court approve and adopt an order they have negotiated that memorializes the protections to be afforded information disclosed in discovery which is covered by the attorney client privilege and/or the work product doctrine. *Id.*; (Doc. 28-1).

Rule 502(d) provides:

> A federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court—in

which event the disclosure is also not a waiver in any other federal or state proceeding.

Fed. R. Evid. 502(d).

Upon due consideration of the matter, the parties' joint motion (Doc. 28) is granted. *See Diaz v. Chapters Health Sys., Inc.*, 2019 WL 1498873, at *1 (M.D. Fla. Apr. 1, 2019) ("Federal courts, including those in Florida[,] routinely enter [Rule 502(d)] orders upon request of the parties.") (collecting cases). Accordingly, it is hereby ORDERED:

1. The parties' proposed Rule 502(d) Order (Doc. 28-1) is approved and adopted.

2. Nothing in this Order shall be construed as abrogating or limiting the parties' obligations under the Court's Local Rules, including the requirement that they confer in good faith to resolve disputed claims regarding protected information prior to seeking court intervention.

SO ORDERED in Tampa, Florida, this 19th day of December 2023.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record